No. 82–6043.   MUNOZ *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–6081.   SMITH *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 11th Cir.   Certiorari denied.

No. 82–6090.   SMITH *v.* WYRICK, WARDEN.   Sup. Ct. Mo. Certiorari denied.

No. 82–6091.   CARTER *v.* MISSOURI.   Sup. Ct. Mo.   Certiorari denied.

No. 82–6126.   BRYANT *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir. Certiorari denied.

No. 82–6128.   CUSINO *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 82–6141.   ADAMS *v.* OKLAHOMA.   Ct. Crim. App. Okla.   Certiorari denied.

No. 82–6149.   AL MUDARRIS *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–6168.   ENOCH ET AL. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 82–6190.   WHITE *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 82–6223.   GORDON *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 82–6287.   PETTWAY ET AL. *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 11th Cir.   Certiorari denied.

No. 82–6350.   JOHNSON *v.* COURTS OF OHIO.   Sup. Ct. Ohio.   Certiorari denied.